## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARIA R. DOS SANTOS, et. al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 1:13-CV-00136** |
| | ) | |
| **GENERAL MOTORS, LLC;** | ) | |
| **YOKOHAMA TIRE** | ) | |
| **CORPORATION and** | ) | |
| **YOKOHAMA RUBBER** | ) | |
| **COMPANY, LTD.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## YOKOHAMA TIRE CORPORATION

Defendant Yokohama Tire Corporation hereby submits its Corporate Disclosure Statement pursuant to Local Rule 7.3:

Yokohama Tire Corporation's parent company is Yokohama Corporation of North America.

Respectfully submitted this the 1st day of May, 2013.

s/Thomas E. Bazemore, III
Gordon J. Brady, III
Attorneys for Defendant,
Yokohama Tire Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of May 2013, I electronically filed the foregoing with the Clerk of Court which will send notification of such filing and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on the following:

Thomas P. Willingham
Mary Leah Miller
Law Offices of Thomas P. Willingham, P.C.
3800 Colonnade Parkway, Suite 330
Birmingham, Alabama 35243

Franklin P. Brannen, Jr.
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

s/Thomas E. Bazemore, III
Of Counsel